UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
    Theresa M LaDuke

Debtor

CASE NO: 16-33589  
(Chapter 13)

JUDGE BETH A. BUCHANAN

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, John G. Jansing files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full. Further, all required post-petition amounts through and including December, 2021 have been paid in full.

**Name of Creditor:** US BANK TRUST NA  
**Last 4 Digits of Account No:** 8082  
**Property Address:** 75 Mitchell Road, Wilmington, OH 45177

| Court Clm # | Trustee Clm # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 1 | $174,203.75 | $8,142.98 | $8,142.98 |
| 2 | 2 | $0.00 | $7,212.36 | $7,212.36 |
| 2 | 37 | $0.00 | $14,044.08 | $14,044.08 |
| 2 | 38 | $0.00 | $16,029.70 | $16,029.70 |
| 2 | 40 | $0.00 | $15,173.28 | $15,173.28 |
| 2 | 41 | $0.00 | Continuing | $21,933.54 |

Total Amount Paid by Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $82,535.94

Within 21 days of the service of the Notice of Final Cure Payment, the creditor **MUST** file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C.§1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Final Cure Payment was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on December 17, 2021 addressed to:

| | | |
|---|---|---|
| Theresa M LaDuke<br>75 Mitchell Road<br>Wilmington, OH  45177 | (1.4)<br>Molly Slutsky Simons<br>Sottile & Barile<br>394 Wards Corner Rd.<br>Suite 180<br>Loveland, OH  45140 | (1.3)<br>US BANK TRUST NA<br>C/O RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>BOX 55004<br>IRVINE, CA  92619-2708 |

/s/_JOHN G. JANSING_____
John G. Jansing 0040926
Chapter 13 Trustee
131 N. Ludlow St.  Suite 900
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com

P489